**B1 (Official Form 1)(04/13)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**OON Ventures, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA OON Restaurant** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**30-0702576** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**C/O Johnson Law, LLC**<br>**29 South LaSalle Street**<br>**Suite 220**<br>**Chicago, IL**    ZIP Code **60603** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **802 West Randolph**<br>**Chicago, IL 60607** | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **OON Ventures, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**OON Ventures, LLC**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ Thomas R. Hitchcock**
Signature of Attorney for Debtor(s)

**Thomas R. Hitchcock**
Printed Name of Attorney for Debtor(s)

**Hitchcock & Associates, P.C.**
Firm Name

**53 West Jackson Blvd.
Suite 724
Chicago, IL 60604**

Address

**Email: tom@tomhitchcock.com**
**312-551-6400  Fax: 312-674-7329**
Telephone Number

**September 23, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Tige C. Johnson**
Signature of Authorized Individual

**Tige C. Johnson**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**September 23, 2014**
Date

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re     **OON Ventures, LLC**                      ,     Case No. _____

                              Debtor

Chapter                  **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 90,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 850,480.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 940,480.90 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **OON Ventures, LLC**                                     ,

Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **OON Ventures, LLC**                                              ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **OON Ventures, LLC**                                                    Case No. _____
                                                    ,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          0.00
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **OON Ventures, LLC**                           ,      Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Bandoleros, Inc 6511 West Oakton, Morton Grove, IL 60053** <br><br> **Corporation formed to hold the licenses for OON Restaurant. Licenses have no value as they are site specific and expired.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                    Sub-Total >       **0.00**
                                                (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **OON Ventures, LLC**                                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **All Fixtures, Finishes and Furnishing located at 802 W. Randolph, Chicago, IL pledged to and seized by TGMG-Landlord pursuant to it's UCC financing statement and liens pursuant to  it's lease with Debtor.** | - | Unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >      0.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **OON Ventures, LLC**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | **X** | | | |

| | | |
|---|---|---|
| Sub-Total > | | **0.00** |
| (Total of this page) | | |
| Total > | | **0.00** |

Sheet __**3**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __**OON Ventures, LLC**_____,      Case No. _____

                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 11/18/2013 | | | | | |
| **Larry Bachner-Promissory Note 1000 Nimco Drive Crystal Lake, IL 60014** | - | | | | **UCC Filing** | | | | | |
| | | | | | Value $                0.00 | | | | 90,000.00 | 90,000.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 90,000.00 | 90,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 90,000.00 | 90,000.00 |

B6E (Official Form 6E) (4/13)

.

In re  **OON Ventures, LLC**                                                    ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>0</u>   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **OON Ventures, LLC**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8241**<br><br>**ADT Security**<br>**3190 S Vaughn Way**<br>**Aurora, CO 80014** | | - | | | | | **Unknown** |
| Account No.<br><br>**Alejandro Acuna**<br>**1008 N. Francisco Av.**<br>**Chicago, IL 60622** | | - | **Employee** | | | | **Unknown** |
| Account No.<br><br>**Alexandra Kanaris Declartion of Tru**<br>**1827 East Hopi Lane**<br>**Mount Prospect, IL 60056** | | - | 01/17/2013 | | | | **5,000.00** |
| Account No.<br><br>**American Express**<br>**PO BOX 53852**<br>**Phoenix, AZ 95072** | | - | 02/14/2014 | | | | **60,103.57** |

|  |  | Subtotal<br>(Total of this page) | **65,103.57** |
|---|---|---|---|

__21__   continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **OON Ventures, LLC**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1268** <br><br> **Anderson Pest Solutions** <br> **501 W. Lake St., Suite 204** <br> **Elmhurst, IL 60126** | - | | | | | | **Unknown** |
| Account No. <br><br> **Andrew Miculinich** <br> **2848 N. Greenview Ave.** <br> **Apt. 1** <br> **Chicago, IL 60657** | - | | Employee | | | | **Unknown** |
| Account No. <br><br> **Angel Castillo** <br> **2745 W. Giddings** <br> **Chicago, IL 60625** | - | | Employee | | | | **Unknown** |
| Account No. <br><br> **Angela Lange** <br> **3211 N. Sheffield Ave.** <br> **Apt. 2N** <br> **Chicago, IL 60657** | - | | Employee | | | | **Unknown** |
| Account No. <br><br> **Anthony Cournia, Individually and** <br> **on behalf of Acorn Hospitality, LLC** <br> **C/O Omni Hotels/Resorts 4001 Maple** <br> **Dallas, TX 75219** | - | | | | | | **Unknown** |

Sheet no. __1__ of __21__ sheets attached to Schedule of                          Subtotal                   |   **0.00**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **OON Ventures, LLC**                                                                          ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | Employee | | | | | | |
| Anthony Raimondi 644 Glenwood Rd. Lake Forest, IL 60045 | - | | | | | | | Unknown |
| Account No. | | 08/06/2013 | | | | | | |
| Arbitrage, LLC-Promissory Note 306 Island Circle Sarasota, FL 34242 | - | | | | | | | 22,500.00 |
| Account No. | | | | | | | | |
| Ariel Supply PO BOX 407 Minooka, IL 60447 | - | | | | | | | Unknown |
| Account No. | | Employee | | | | | | |
| Arnett McMurray 1605 N. Mohawk Chicago, IL 60614 | - | | | | | | | Unknown |
| Account No. | | Preferred Member 2.5% | | | | | | |
| Bandoleros II, Inc. 6511 Oakton Morton Grove, IL 60053 | - | | | | | | | 50,000.00 |

Sheet no. __2___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **OON Ventures, LLC**                                                         ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Brian Odle**<br>**527 N. Ashland Ave.**<br>**Chicago, IL 60622** | | - | | **Employee** | | | | **Unknown** |
| Account No.<br><br>**Brian Williamson**<br>**1619 Wolfram**<br>**Apt. 1**<br>**Chicago, IL 60657** | | - | | **Employee** | | | | **Unknown** |
| Account No.<br><br>**Briar Brackney**<br>**4730 N. Kimball**<br>**Apt 504**<br>**Chicago, IL 60625** | | - | | **Employee** | | | | **Unknown** |
| Account No.<br><br>**Bryant Wardell**<br>**5930 S. Lasalle**<br>**Chicago, IL 60621** | | - | | **Employee** | | | | **Unknown** |
| Account No.<br><br>**Carmelo Quintero**<br>**2855 W. Belmont**<br>**Apt 1R**<br>**Chicago, IL 60618** | | - | | **Employee** | | | | **Unknown** |

Sheet no. __3___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OON Ventures, LLC** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Employee** | | | | |
| **Carrie Siedelmann**<br>**640 Harrison**<br>**Apt 1S**<br>**Oak Park, IL 60302** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Chew, LLC**<br>**3251 N. Clifton Avenue**<br>**Unit 3**<br>**Chicago, IL 60657** | - | | | | | | | **40,000.00** |
| Account No. | | | | 01/17/2014 | | | | |
| **Chicago Commercial Cleaning Co, LLC**<br>**1040 W. Adams,**<br>**Suite 406**<br>**Chicago, IL 60607** | - | | | | | | | **380.00** |
| Account No. **xon01** | | | | 01/30/2014 | | | | |
| **Chicago Game & Gourmet**<br>**700 West Root St.**<br>**Chicago, IL 60609** | - | | | | | | | **639.26** |
| Account No. **xxx xxxxxx2406** | | | | 01/16/2014 | | | | |
| **City of Chicago**<br>**121 N. LaSalle Street**<br>**Chicago, IL 60602** | - | | | | | | | **240.00** |

Sheet no. __4___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**41,259.26**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **OON Ventures, LLC** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx #xxxxxx2617**<br><br>**City of Chicago**<br>**121 N. LaSalle Street**<br>**Chicago, IL 60602** | | - | | | 02/20/2014 | | | | **260.00** |
| Account No. **xxxxxx3097**<br><br>**City of Chicago**<br>**121 N. LaSalle Street**<br>**Chicago, IL 60602** | | - | | | 03/12/2014 | | | | **240.36** |
| Account No. **xxxxxx9376**<br><br>**City of Chicago**<br>**Collections, City Hall**<br>**Room 107A 121 North Lasalle St**<br>**Chicago, IL 60602** | | - | | | 04/29/2014<br>**False Burglar Alarm** | | | | **Unknown** |
| Account No.<br><br>**Clare Cooney**<br>**4743 N. Maplewood Ave**<br>**Apt 2**<br>**Chicago, IL 60625** | | - | | | **Employee** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx1823**<br><br>**Comcast**<br>**PO BOX 3002**<br>**Southeastern, PA 19398** | | - | | | 01/19/2014 | | | | **803.89** |

Sheet no. __5__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,304.25**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **OON Ventures, LLC**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0043**<br><br>**ComEd<br>PO BOX 6111<br>Carol Stream, IL 60197** | | - | 01/09/2014 | | | | 698.81 |
| Account No.<br><br>**Connie Isenbarger--Promissory Note<br>512 North McClurg Court<br>Unit #2708<br>Chicago, IL 60611** | | - | 06/10/2013 | | | | 10,000.00 |
| Account No. **OON RCH**<br><br>**D'Artagnan Inc.<br>PO BOX 1928<br>Newark, NJ 07101** | | - | 12/16/2013 | | | | 4,551.21 |
| Account No.<br><br>**Dana Brelowski<br>1953 W. Leland Ave.<br>Chicago, IL 60640** | | - | Employee | | | | Unknown |
| Account No.<br><br>**Dark Matter Coffee<br>738 N. Western Ave.<br>Chicago, IL 60612** | | - | | | | | Unknown |

Sheet no. __6___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,250.02

B6F (Official Form 6F) (12/07) - Cont.

In re    **OON Ventures, LLC**                                         ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **DArtagnan Inc. C/0 Kearns, Brinen and Monaghan <br> 20 East Division Street <br> Dover, DE 19901** | - | | | | | | | **Unknown** |
| Account No. <br><br> **David De Luna <br> 6944 S. Komensky <br> Chicago, IL 60629** | - | | **Employee** | | | | | **Unknown** |
| Account No. **xxxx3364** <br><br> **Eco Lab <br> 370 Wabasha St. St. Paul <br> Saint Paul, MN 55102** | - | | **02/28/2014** | | | | | **867.15** |
| Account No. <br><br> **Edgar Meluso <br> 1640 Gunderson Ave. <br> Apt. 1 <br> Berwyn, IL 60402** | - | | **Employee** | | | | | **Unknown** |
| Account No. <br><br> **Edward Don & Company <br> 9801 Adam Don Pkwy <br> Woodridge, IL 60517** | - | | **12/27/2013** | | | | | **5,904.68** |

Sheet no. __7__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,771.83**

B6F (Official Form 6F) (12/07) - Cont.

In re     **OON Ventures, LLC**                                                    ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Elizabeth Kozisek** <br> **2553 W. Hirsch** <br> **Apt.1** <br> **Chicago, IL 60622** | - | | **Employee** | | | | **Unknown** |
| Account No. **x0457** <br><br> **Empire Cooler Service** <br> **940 W Chicago Av** <br> **Chicago, IL 60642** | - | | | | | | **Unknown** |
| Account No. **xxN 802** <br><br> **Euro USA Chicago** <br> **4430 Tripp Ave.** <br> **Chicago, IL 60632** | - | | 11/30/2013 | | | | **6,204.86** |
| Account No. **xxx4703** <br><br> **Farmers Insurance** <br> **655 Rockland Rd.** <br> **#202** <br> **Lake Bluff, IL 60044** | - | | | | | | **Unknown** |
| Account No. **xxNC10** <br><br> **Fortune Fish** <br> **PO BOX 203** <br> **Bedford Park, IL 60499** | - | | 02/06/2014 | | | | **9,374.54** |

Sheet no. __8__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,579.40**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **OON Ventures, LLC** _____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Employee | | | | |
| Garit Juhas 857 West Cornelia Ave. Apt 3N Chicago, IL 60657 | - | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Genesis Growers 8373 E. 3000 S. Rd. Saint Anne, IL 60964 | - | | | | | | | | 0.00 |
| Account No. | | | | | Preferred Member  0.5% | | | | |
| Gomez, Patricia 333 Big Rail Drive Naperville, IL 60540 | - | | | | | | | | 10,000.00 |
| Account No. | | | | | Employee | | | | |
| Harriet Lange 1837 W. Evergreen Apt. 3F Chicago, IL 60622 | - | | | | | | | | Unknown |
| Account No. | | | | | Employee | | | | |
| Hayley Boston 3131 N. Ridgeway Apartment 1 Chicago, IL 60618 | - | | | | | | | | Unknown |

Sheet no. __9__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,000.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **OON Ventures, LLC** ,                    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Hirsch, Judith<br>415 Milford Road<br>Deerfield, IL 60015 | | - | | Preferred Member 1.5% | | | | 20,000.00 |
| Account No.<br><br>Humberto Cruz<br>3237 Ridgeway<br>Chicago, IL 60618 | | - | | Employee | | | | Unknown |
| Account No.<br><br>Jamco Creative, Inc.<br>Perl & Goodsnyder, ltd<br>14 North Peoria St. Suite 2C<br>Chicago, IL 60607 | | - | | 11/18/2013 | | | | 3,332.54 |
| Account No.<br><br>Jessica Hayes<br>2109 N. Leavitt<br>Apt. 2<br>Chicago, IL 60647 | | - | | Employee | | | | Unknown |
| Account No.<br><br>Jodie Schauf<br>3338 N. Hayne<br>Apt 2<br>Chicago, IL 60618 | | - | | Employee | | | | Unknown |

Sheet no. __10__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,332.54

B6F (Official Form 6F) (12/07) - Cont.

In re    **OON Ventures, LLC**                                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Employee/Manager | | | | |
| Jon McDaniel C/O Acanto Restaurant 18 South Michigan Avenue Chicago, IL 60603 | - | | | | | | | Unknown |
| Account No. | | | | Employee | | | | |
| Joseph Dekett 2200 W. Cortez Apt 1 Chicago, IL 60622 | - | | | | | | | Unknown |
| Account No. | | | | Employee | | | | |
| Juan Loazano 2419 S. Kedzie Chicago, IL 60623 | - | | | | | | | Unknown |
| Account No. | | | | Employee | | | | |
| Julio Desiderio 2059 N. Bingham St 2nd Floor Chicago, IL 60647 | - | | | | | | | Unknown |
| Account No. | | | | Employee | | | | |
| Kalee Peters 1915 W. Evergreen Apt. 1 Chicago, IL 60622 | - | | | | | | | Unknown |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **OON Ventures, LLC**
                                                                              ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee | | | | | |
| **Kelsey Sutton 5020 W. Grace Apt. 2 Chicago, IL 60641** | - | | | | | | | **Unknown** |
| Account No. | | | Preferred Member 0.75% | | | | | |
| **Lundeen, David Michael 2324 West  Medill Avenue Apartment 3 Chicago, IL 60647** | - | | | | | | | **15,000.00** |
| Account No. | | | 10/29/2014 | | | | | |
| **Matthew Eversman 3251 N. Clifton Avenue Unit 3 Chicago, IL 60657** | - | | | | | | | **40,000.00** |
| Account No. | | | Employee | | | | | |
| **Maura Denenberg 1835 Elmwood Drive Highland Park, IL 60035** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Maverick Wine Co. 1011 N. Ellis Ave. Bensenville, IL 60106** | - | | | | | | | **1,315.66** |
| Sheet no. __12__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | **56,315.66** |

9/23/14 1:43PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **OON Ventures, LLC**                                     ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Preferred Member 5% | | | | |
| MDM Investments, LLC 100 West Monroe Street Suite 1510 Chicago, IL 60603 | - | | | | | | | Unknown |
| Account No. | | | | Employee | | | | |
| Melissa Medel 1717 N. Dayton Apt. 204 Chicago, IL 60614 | - | | | | | | | Unknown |
| Account No. | | | | Employee | | | | |
| Michael Doll 10917 Nelson Westchester, IL 60154 | - | | | | | | | Unknown |
| Account No. | | | | Employee | | | | |
| Michael Huebner 251 Marengo Ave. Apt. 4F Forest Park, IL 60130 | - | | | | | | | Unknown |
| Account No. 5937 | | | | 01/10/2014 | | | | |
| Mickey's Linen/Towel Supply 4601 W Addison St. Chicago, IL 60641 | - | | | | | | | 1,086.06 |

Sheet no. __13__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,086.06 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **OON Ventures, LLC** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NAS, LLC**<br>**979 Wesley Drive**<br>**Crystal Lake, IL 60014** | | - | | Preferred Member 5.2% | | | | 105,000.00 |
| Account No.<br><br>**Nathan Young**<br>**1945 North Albany**<br>**Apartment 2**<br>**Chicago, IL 60647** | | - | | Employee | | | | Unknown |
| Account No.<br><br>**Newcomb, Don**<br>**324 South Harvey**<br>**Oak Park, IL 60302** | | - | | Preferred Member .025% | | | | 5,000.00 |
| Account No.<br><br>**Nicholas Fernandez**<br>**4801 N. Fairfield Ave.**<br>**Apt. 1**<br>**Chicago, IL 60625** | | - | | Employee | | | | Unknown |
| Account No.<br><br>**O'neil, Lindsay**<br>**2236 West Armitage Avenue**<br>**Unit 401**<br>**Chicago, IL 60647** | | - | | Preferred Member 0.75% | | | | 15,000.00 |

Sheet no. __14__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

125,000.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **OON Ventures, LLC**                                              ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **oonchgo**<br><br>**Olympia Maintenance, Inc.**<br>**3025 Soffel**<br>**Melrose Park, IL 60160** | - | | 12/31/2013 | | | | **126.00** |
| Account No. **x5041**<br><br>**Open Table**<br>**PO BOX 671198**<br>**Dallas, TX 75267** | - | | | | | | **1,063.76** |
| Account No.<br><br>**Pablo Quintero**<br>**3149 N. Francisco**<br>**Chicago, IL 60618** | - | | Employee | | | | **Unknown** |
| Account No. **xxxxxxe #138**<br><br>**Paige Worthy LLC**<br>**2331 W Eastwood ave.**<br>**Apt. 1**<br>**Chicago, IL 60625** | - | | | | | | **4,151.93** |
| Account No.<br><br>**Parallel Architecture**<br>**1234 Sherman Ave., Suite 202**<br>**Evanston, IL 60202** | - | | 01/05/2014 | | | | **8,561.21** |

Sheet no. __15__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,902.90**

B6F (Official Form 6F) (12/07) - Cont.

In re   **OON Ventures, LLC**                                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Employee | | | | |
| Patricio Marin 721 N. Elizabeth Apt. 2 Chicago, IL 60642 | - | | | | | | **Unknown** |
| Account No. **xxxxxxxx4264** | | | | | | | |
| People's Gas Po Box 19100 Green Bay Green Bay, WI 54307 | - | | | | | | **3,216.00** |
| Account No. | | | Employee | | | | |
| Philicia Mizell 4809 N. Wolcott Ave. Apt. 2A Chicago, IL 60640 | - | | | | | | **Unknown** |
| Account No. | | | Preferred Member 1.25% | | | | |
| Prestangen, Scott 425 Kedzie Street Unit 1 Evanston, IL 60202 | - | | | | | | **25,000.00** |
| Account No. | | | Preferred Member 0.5% | | | | |
| Propp, Scott & Beth 9412 Bataan Street NE Minneapolis, MN 55449 | - | | | | | | **10,000.00** |

Sheet no. __16__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**38,216.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **OON Ventures, LLC**                                    ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Rafael Royal**<br>**4045 N. Springfield Ave**<br>**2A**<br>**Chicago, IL 60625** | - | | | **Employee** | | | | **Unknown** |
| Account No.<br><br>**Robert Scarola**<br>**30 East Elm Street**<br>**Unit 10E**<br>**Chicago, IL 60611** | - | | | 04/29/2014 | | | | **40,000.00** |
| Account No.<br><br>**Ron Ievine, Individually and on behalf of Bandoleros II, Inc**<br>**333 W. North Ave. Suite 134**<br>**Chicago, IL 60610** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Root Stock Wine Co.**<br>**5999 Butterfield Rd.**<br>**Hillside, IL 60162** | - | | | | | | | **367.24** |
| Account No.<br><br>**Scarola Consulting Marketing Communicaton-Media Relations LLC**<br>**47 W. Division St., #254**<br>**Chicago, IL 60610** | - | | | 06/12/2013 | | | | **20,000.00** |

Sheet no. __17__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**60,367.24**

B6F (Official Form 6F) (12/07) - Cont.

In re    **OON Ventures, LLC**                                              ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Preferred Member 1.15% | | | | |
| Scarola, Robert 30 East Elm Street Unit 5E Chicago, IL 60611 | - | | | | | | | 22,000.00 |
| Account No. | | | | | | | | |
| Schain Banks 70 W. Madison Street Suite 5300 Chicago, IL 60602 | - | | | | | | | Unknown |
| Account No. | | | | Employee | | | | |
| Sean Currie 524 N. Ashland Chicago, IL 60622 | - | | | | | | | Unknown |
| Account No. | | | | Preferred Member 0.375% | | | | |
| Shansky, Elizabeth Graham 1136 South Delara Court Unit 816W Chicago, IL 60605 | - | | | | | | | Unknown |
| Account No. | | | | Preferred Member  0.375% | | | | |
| Shansky, Louis 1920 North Howe 1R Chicago, IL 60614 | - | | | | | | | Unknown |

Sheet no. __18__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          22,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **OON Ventures, LLC**                                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sharon Meyers-Communication 1123 Hull Terrace Evanston, IL 60202 | - | | | | | | | Unknown |
| Account No. | | | | Employee | | | | |
| Steven Brown 1433 N. California Ave. Apt 2 Chicago, IL 60618 | - | | | | | | | Unknown |
| Account No. | | | | Preferred Member 1% | | | | |
| Steward, Jan 2234 West Dickens Avenue Chicago, IL 60647 | - | | | | | | | 20,000.00 |
| Account No. | | | | Preferred Member 2.5% | | | | |
| Stinett, Anthony 708 Bryan Trail New Lenox, IL 60451 | - | | | | | | | 50,000.00 |
| Account No. | | | | Preferred Member 6.55% | | | | |
| T3 Trust Stephanie Crosby-Trustee 1904 North Western Chicago, IL 60647 | - | | | | | | | 130,000.00 |

Sheet no. __19__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **200,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **OON Ventures, LLC** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**T3 Trust--Promissory Note** <br>**Stephanie Crosby-Trustee** <br>**1904 North Western** <br>**Chicago, IL 60647** | - | | 06/21/2013 | | | | **55,000.00** |
| Account No. **x0460** <br><br>**Testa Produce Inc.** <br>**4555 S. Racine Ave.** <br>**Chicago, IL 60609** | - | | 12/31/2013 | | | | **6,679.79** |
| Account No. <br><br>**TGMG** <br>**1827 East Hopi Lane** <br>**Mount Prospect, IL 60056** | - | | | | | | **Unknown** |
| Account No. <br><br>**Tige C. Johnson** <br>**47 West Polk Street** <br>**Suite 100-551** <br>**Chicago, IL 60605** | - | | | | | | **Unknown** |
| Account No. <br><br>**Timothy Bergenn** <br>**3147 S. Parnek Ave** <br>**Apt. 2** <br>**Chicago, IL 60616** | - | | Employee | | | | **Unknown** |

Sheet no. __20__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)

**61,679.79**

B6F (Official Form 6F) (12/07) - Cont.

In re  **OON Ventures, LLC**                                            , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **OON**<br><br>**Urban Till**<br>**5410 W. Roosevelt**<br>**Unit 212**<br>**Chicago, IL 60614** | | - | | 01/08/2014 | | | | 114.00 |
| Account No. **xxx-xxxxxxx-x991-1**<br><br>**Waste Management**<br>**2625 W. Grandview Road**<br>**Phoenix, AZ 85023** | | - | | 01/03/2013 | | | | 698.38 |
| Account No.<br><br>**Westward Management Inc.**<br>**4311 North Ravenswood**<br>**Chicago, IL 60613** | | - | | Preferred Member 0.5% | | | | 10,000.00 |
| Account No.<br><br>**Wood, Beatrice**<br>**17865 Villa Clubway**<br>**Boca Raton, FL 33496** | | - | | Preferred Member 0.5% | | | | 10,000.00 |
| Account No. | | | | | | | | |

Sheet no. __21__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 20,812.38 |
| Total<br>(Report on Summary of Schedules) | 850,480.90 |

B6G (Official Form 6G) (12/07)

.

In re    **OON Ventures, LLC**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **OON Ventures, LLC**                                          ,          Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **OON Ventures, LLC** _____ Case No. _____

_____ Debtor(s) Chapter **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**33**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 23, 2014** _____ Signature **/s/ Tige C. Johnson** _____
                                                     **Tige C. Johnson**
                                                   **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **OON Ventures, LLC**                              Case No.

                                  Debtor(s)             Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **No Income 2014 Year to Date, Restaurant/Bar Income** |
| $0.00 | **2013 Restaurant/Bar Income,  Business was open for 6 months.** |
| $0.00 | **No income  2012, Restaurant/Bar Income** |

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                      SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■ **Complete a. or b., as appropriate, and c.**

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■     b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■     c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Testa Produce, Inc Vs. Oon Ventures, LLC, 13 MI 152744** | Civil | **The Circuit Court of Cook County First District-Municipal Department 50 West Washington Street Chicago, IL 60602** | **Pending** |
| **Paige Worthy LLC, Vs. OOn Ventures, LLC 13 MI 152744** | Civil | **The Circuit Court of Cook County First District-Municipal Department 50 West Washington Street Chicago, IL 60602** | **Pending** |

None ☐     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Alexandra Kanaris Dec. of Trust** **C/O Maria Gloria as Trustee** **1827 Hopi Lane** **Mount Prospect, IL 60056** | | **All Fixtures, Finishes and Furnishing located at the Leashold 802 W. Randolph, Chicago, IL pledged to and seized by Landlord pursuant to it's UCC financing statement and liens pursuant to it's lease with Debtor.** |

---

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)

4

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Hitchcock & Associates, P.C.** **53 West Jackson Blvd.** **Suite 724** **Chicago, IL 60604** | | **$7,665.00** |

#### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|---------|--------------------|----------------------------|
| **OON Restaurant** | | **802-804 West Randolph Street Floor 1st Chicago, IL 60607** | **Retail Food Establishment** | |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Johnson Law, LLC 29 South Lasalle Street Suite 220 Chicago, IL 60603** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS |
|---|---|
| **Johnson Law, LLC** | **29 South Lasalle Street**<br>**Suite 220**<br>**Chicago, IL 60603** |

None ☑   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ☑   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Stinett, Anthony**<br>**708 Bryan Trail**<br>**New Lenox, IL 60451** | **Preferred Member** | **2.5** |
| **Bandoleros II, Inc.**<br>**6511 Oakton**<br>**Morton Grove, IL 60053** | **Preferred Member** | **2.5** |
| **Hirsch, Judith**<br>**415 Milford Road**<br>**Deerfield, IL 60015** | **Preferred Member** | **1.5** |
| **Prestangen, Scott**<br>**425 Kedzie St.**<br>**Unit 1**<br>**Evanston, IL 60202** | **Preferred Member** | **1.25** |
| **Scarola, Robert**<br>**30 E. Elm St.**<br>**5E**<br>**Chicago, IL 60611** | **Preferred Member** | **1.15** |
| **Steward, Jan**<br>**2234 W. Dickens Ave**<br>**Chicago, IL 60647** | **Preferred Member** | **1** |
| **O'Neil, Lindsay**<br>**2236 W. Armitage**<br>**Unit 401**<br>**Chicago, IL 60647** | **Preferred Member** | **0.75** |
| **Lundeen, David Michael**<br>**2324 West <edo;; Ave/**<br>**Apartment 3**<br>**Chicago, IL 60647** | **Preferred Member** | **0.75** |

B7 (Official Form 7) (04/13)
8

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Gomez, Patricia**<br>**333 Big Rail Dr.**<br>**Naperville, IL 60540** | **Preferred Member** | **0.5** |
| **Westward Management Inc.**<br>**4311 N. Ravenswood**<br>**Chicago, IL 60613** | **Preferred Member** | **0.5** |
| **Wood, Beatrice**<br>**17865 Villa Clubway**<br>**Boca Raton, FL 33496** | **Preferred Member** | **0.5** |
| **Propp, Scott & Beth**<br>**9412 Bataan St. NE**<br>**Minneapolis, MN 55449** | **Preferred Member** | **0.5** |
| **Stansky, Louis**<br>**1920 N. Howe**<br>**1R**<br>**Chicago, IL 60614** | **Preferred Member** | **0.375** |
| **Stansky, Elizabeth Graham**<br>**1136 S. Delara Ct.**<br>**#816W**<br>**Chicago, IL 60605** | **Preferred Member** | **0.375** |
| **Newcomb, Don**<br>**324 S. Harvey**<br>**Oak Park, IL 60302** | **Preferred Member** | **0.25** |
| **MDM Investments, LLC**<br>**100 W. Monroe St.**<br>**Suite 1510**<br>**Chicago, IL 60603** | **Preferred Member** | **5** |
| **NAS, LLC**<br>**979 Wesley Drive**<br>**Crystal Lake, IL 60014** | **Preferred Member** | **5.2** |
| **T3 Trust**<br>**C/O Stephanie Crosby-Trustee**<br>**1904 North Western Avenue**<br>**Chicago, IL 60647** | **Preferred Member** | **6.55** |

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)
9

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24. Tax Consolidation Group.

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

### 25. Pension Funds.

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **September 23, 2014**

Signature  **/s/ Tige C. Johnson**

**Tige C. Johnson**
**Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **OON Ventures, LLC**

Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,665.00 |
| Prior to the filing of this statement I have received | $ | 7,665.00 |
| Balance Due | $ | 0.00 |

2.   $  **335.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■    Debtor    ☐    Other (specify):

4.   The source of compensation to be paid to me is:

   ■    Debtor    ☐    Other (specify):

5.   ■    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 23, 2014**

**/s/ Thomas R. Hitchcock**
**Thomas R. Hitchcock**
**Hitchcock & Associates, P.C.**
**53 West Jackson Blvd.**
**Suite 724**
**Chicago, IL 60604**
**312-551-6400  Fax: 312-674-7329**
**tom@tomhitchcock.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re **OON Ventures, LLC**
_____
Debtor(s)

Case No. _____
Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **109**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **September 23, 2014**
_____

**/s/ Tige C. Johnson**
_____
**Tige C. Johnson/Managing Member**
Signer/Title

ADT Security
Acct No xxxx8241
3190 S Vaughn Way
Aurora, CO 80014


Alejandro Acuna
1008 N. Francisco Av.
Chicago, IL 60622


Alexandra Kanaris Declartion of Tru
1827 East Hopi Lane
Mount Prospect, IL 60056


American Express
PO BOX 53852
Phoenix, AZ 95072


Anderson Pest Solutions
Acct No xx1268
501 W. Lake St., Suite 204
Elmhurst, IL 60126


Andrew Miculinich
2848 N. Greenview Ave.
Apt. 1
Chicago, IL 60657


Angel Castillo
2745 W. Giddings
Chicago, IL 60625


Angela Lange
3211 N. Sheffield Ave.
Apt. 2N
Chicago, IL 60657


Anthony Cournia, Individually and
on behalf of Acorn Hospitality, LLC
C/O Omni Hotels/Resorts 4001 Maple
Dallas, TX 75219


Anthony Raimondi
644 Glenwood Rd.
Lake Forest, IL 60045

Arbitrage, LLC-Promissory Note
306 Island Circle
Sarasota, FL 34242


Ariel Supply
PO BOX 407
Minooka, IL 60447


Arnett McMurray
1605 N. Mohawk
Chicago, IL 60614


Bandoleros II, Inc.
6511 Oakton
Morton Grove, IL 60053


Brian Odle
527 N. Ashland Ave.
Chicago, IL 60622


Brian Williamson
1619 Wolfram
Apt. 1
Chicago, IL 60657


Briar Brackney
4730 N. Kimball
Apt 504
Chicago, IL 60625


Bryant Wardell
5930 S. Lasalle
Chicago, IL 60621


Carmelo Quintero
2855 W. Belmont
Apt 1R
Chicago, IL 60618


Carrie Siedelmann
640 Harrison
Apt 1S
Oak Park, IL 60302

```
Chew, LLC
3251 N. Clifton Avenue
Unit 3
Chicago, IL 60657


Chicago Commercial Cleaning Co, LLC
1040 W. Adams,
Suite 406
Chicago, IL 60607


Chicago Game & Gourmet
Acct No xon01
700 West Root St.
Chicago, IL 60609


City of Chicago
Acct No xxx xxxxxx2406
121 N. LaSalle Street
Chicago, IL 60602


City of Chicago
Acct No xxx #xxxxxx2617
121 N. LaSalle Street
Chicago, IL 60602


City of Chicago
Acct No xxxxxx3097
121 N. LaSalle Street
Chicago, IL 60602


City of Chicago
Acct No xxxxxx9376
Collections, City Hall
Room 107A 121 North Lasalle St
Chicago, IL 60602


Clare Cooney
4743 N. Maplewood Ave
Apt 2
Chicago, IL 60625


Comcast
Acct No xxxxxxxxxxxx1823
PO BOX 3002
Southeastern, PA 19398
```

ComEd
Acct No xxxxxx0043
PO BOX 6111
Carol Stream, IL 60197

Connie Isenbarger--Promissory Note
512 North McClurg Court
Unit #2708
Chicago, IL 60611

D'Artagnan Inc.
Acct No OON RCH
PO BOX 1928
Newark, NJ 07101

Dana Brelowski
1953 W. Leland Ave.
Chicago, IL 60640

Dark Matter Coffee
738 N. Western Ave.
Chicago, IL 60612

DArtagnan Inc. C/0 Kearns, Brinen
and Monaghan
20 East Division Street
Dover, DE 19901

David De Luna
6944 S. Komensky
Chicago, IL 60629

Eco Lab
Acct No xxxx3364
370 Wabasha St. St. Paul
Saint Paul, MN 55102

Edgar Meluso
1640 Gunderson Ave.
Apt. 1
Berwyn, IL 60402

Edward Don & Company
9801 Adam Don Pkwy
Woodridge, IL 60517

Elizabeth Kozisek
2553 W. Hirsch
Apt.1
Chicago, IL 60622


Empire Cooler Service
Acct No x0457
940 W Chicago Av
Chicago, IL 60642


Euro USA Chicago
Acct No xxN 802
4430 Tripp Ave.
Chicago, IL 60632


Farmers Insurance
Acct No xxx4703
655 Rockland Rd.
#202
Lake Bluff, IL 60044


Fortune Fish
Acct No xxNC10
PO BOX 203
Bedford Park, IL 60499


Garit Juhas
857 West Cornelia Ave.
Apt 3N
Chicago, IL 60657


Genesis Growers
8373 E. 3000 S. Rd.
Saint Anne, IL 60964


Gomez, Patricia
333 Big Rail Drive
Naperville, IL 60540


Harriet Lange
1837 W. Evergreen
Apt. 3F
Chicago, IL 60622

Hayley Boston
3131 N. Ridgeway
Apartment 1
Chicago, IL 60618


Hirsch, Judith
415 Milford Road
Deerfield, IL 60015


Humberto Cruz
3237 Ridgeway
Chicago, IL 60618


Jamco Creative, Inc.
Perl & Goodsnyder, ltd
14 North Peoria St. Suite 2C
Chicago, IL 60607


Jessica Hayes
2109 N. Leavitt
Apt. 2
Chicago, IL 60647


Jodie Schauf
3338 N. Hayne
Apt 2
Chicago, IL 60618


Jon McDaniel
C/O Acanto Restaurant
18 South Michigan Avenue
Chicago, IL 60603


Joseph Dekett
2200 W. Cortez
Apt 1
Chicago, IL 60622


Juan Loazano
2419 S. Kedzie
Chicago, IL 60623


Julio Desiderio
2059 N. Bingham St
2nd Floor
Chicago, IL 60647

Kalee Peters
1915 W. Evergreen
Apt. 1
Chicago, IL 60622


Kelsey Sutton
5020 W. Grace
Apt. 2
Chicago, IL 60641


Larry Bachner-Promissory Note
1000 Nimco Drive
Crystal Lake, IL 60014


Lundeen, David Michael
2324 West Medill Avenue
Apartment 3
Chicago, IL 60647


Matthew Eversman
3251 N. Clifton Avenue
Unit 3
Chicago, IL 60657


Maura Denenberg
1835 Elmwood Drive
Highland Park, IL 60035


Maverick Wine Co.
1011 N. Ellis Ave.
Bensenville, IL 60106


MDM Investments, LLC
100 West Monroe Street
Suite 1510
Chicago, IL 60603


Melissa Medel
1717 N. Dayton
Apt. 204
Chicago, IL 60614


Michael Doll
10917 Nelson
Westchester, IL 60154

Michael Huebner
251 Marengo Ave.
Apt. 4F
Forest Park, IL 60130


Mickey's Linen/Towel Supply
Acct No 5937
4601 W Addison St.
Chicago, IL 60641


NAS, LLC
979 Wesley Drive
Crystal Lake, IL 60014


Nathan Young
1945 North Albany
Apartment 2
Chicago, IL 60647


Newcomb, Don
324 South Harvey
Oak Park, IL 60302


Nicholas Fernandez
4801 N. Fairfield Ave.
Apt. 1
Chicago, IL 60625


O'neil, Lindsay
2236 West Armitage Avenue
Unit 401
Chicago, IL 60647


Olympia Maintenance, Inc.
Acct No oonchgo
3025 Soffel
Melrose Park, IL 60160


Open Table
Acct No x5041
PO BOX 671198
Dallas, TX 75267


Pablo Quintero
3149 N. Francisco
Chicago, IL 60618

Paige Worthy LLC
Acct No xxxxxxe #138
2331 W Eastwood ave.
Apt. 1
Chicago, IL 60625


Parallel Architecture
1234 Sherman Ave., Suite 202
Evanston, IL 60202


Patricio Marin
721 N. Elizabeth
Apt. 2
Chicago, IL 60642


People's Gas
Acct No xxxxxxxxx4264
Po Box 19100 Green Bay
Green Bay, WI 54307


Philicia Mizell
4809 N. Wolcott Ave.
Apt. 2A
Chicago, IL 60640


Prestangen, Scott
425 Kedzie Street
Unit 1
Evanston, IL 60202


Propp, Scott & Beth
9412 Bataan Street NE
Minneapolis, MN 55449


Rafael Royal
4045 N. Springfield Ave
2A
Chicago, IL 60625


Robert Scarola
30 East Elm Street
Unit 10E
Chicago, IL 60611

Ron levine, Individually and on
behalf of Bandoleros II, Inc
333 W. North Ave. Suite 134
Chicago, IL 60610


Root Stock Wine Co.
5999 Butterfield Rd.
Hillside, IL 60162


Scarola Consulting Marketing
Communicaton-Media Relations LLC
47 W. Division St., #254
Chicago, IL 60610


Scarola, Robert
30 East Elm Street
Unit 5E
Chicago, IL 60611


Schain Banks
70 W. Madison Street
Suite 5300
Chicago, IL 60602


Sean Currie
524 N. Ashland
Chicago, IL 60622


Shansky, Elizabeth Graham
1136 South Delara Court
Unit 816W
Chicago, IL 60605


Shansky, Louis
1920 North Howe
1R
Chicago, IL 60614


Sharon Meyers-Communication
1123 Hull Terrace
Evanston, IL 60202


Steven Brown
1433 N. California Ave.
Apt 2
Chicago, IL 60618

Steward, Jan
2234 West Dickens Avenue
Chicago, IL 60647


Stinett, Anthony
708 Bryan Trail
New Lenox, IL 60451


T3 Trust
Stephanie Crosby-Trustee
1904 North Western
Chicago, IL 60647


T3 Trust--Promissory Note
Stephanie Crosby-Trustee
1904 North Western
Chicago, IL 60647


Testa Produce Inc.
Acct No x0460
4555 S. Racine Ave.
Chicago, IL 60609


TGMG
1827 East Hopi Lane
Mount Prospect, IL 60056


Tige C. Johnson
47 West Polk Street
Suite 100-551
Chicago, IL 60605


Timothy Bergenn
3147 S. Parnek Ave
Apt. 2
Chicago, IL 60616


Urban Till
Acct No OON
5410 W. Roosevelt
Unit 212
Chicago, IL 60614

Waste Management
Acct No xxx-xxxxxxx-x991-1
2625 W. Grandview Road
Phoenix, AZ 85023


Westward Management Inc.
4311 North Ravenswood
Chicago, IL 60613


Wood, Beatrice
17865 Villa Clubway
Boca Raton, FL 33496

# United States Bankruptcy Court
## Northern District of Illinois

In re    **OON Ventures, LLC**
                                     Debtor(s)

Case No.
Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **OON Ventures, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■  None [*Check if applicable*]

**September 23, 2014**
Date

**/s/ Thomas R. Hitchcock**
**Thomas R. Hitchcock**
Signature of Attorney or Litigant
Counsel for   **OON Ventures, LLC**
**Hitchcock & Associates, P.C.**
**53 West Jackson Blvd.**
**Suite 724**
**Chicago, IL 60604**
**312-551-6400 Fax:312-674-7329**
**tom@tomhitchcock.com**